## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELTIS USA, INC., LABORATORIOS LEON FARMA, S.A., CHEMO IBERICA, S.A., and CHEMO RESEARCH, S.L.<br><br>  Plaintiffs,<br><br>  v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,<br><br>  Defendants. | C.A. No. 22-cv-00434-RGA-MPT |

### APPENDIX TO JOINT CLAIM CONSTRUCTION BRIEF

### VOLUME 2 OF 3

### (EXHIBITS 14 – 47 / JA0541 – JA1076)

Martina Tyreus Hufnal (#4771)
Douglas E. McCann (#3852)
Gregory R. Booker (#4784)
**FISH & RICHARDSON P.C.**
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19899
Telephone: (302) 652-5070
Email: tyreushufnal@fr.com;
dmccann@fr.com;
booker@fr.com

Brian Coggio
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Email: coggio@fr.com

John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
**PHILLIPS MCLAUGHLIN & HALL, P.A**.
1200 North Broom Street
Wilmington, DE
19806-4204
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

Michael Nutter
**MCGUIREWOODS LLP**
77 W. Wacker Drive
Chicago, IL 60601
mnutter@mcguirewoods.com

Merritt Westcott
**MCGUIREWOODS LLP**
845 Texas Avenue, 24th Floor
Houston, TX 77002
mwestcott@mcguirewoods.com

| | |
|---|---|
| Megan A. Chacon<br>Bernard Cryan<br>**FISH & RICHARDSON P.C.**<br>12860 El Camino Real, Ste. 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Email: chacon@fr.com;<br>cryan@fr.com | Corinne S. Hockman<br>**MCGUIREWOODS LLP**<br>501 Fayetteville Street, Suite 500<br>Raleigh, NC 27601<br>chockman@mcguirewoods.com |
| Philip K. Chen<br>**FISH & RICHARDSON P.C.**<br>One Marina Park Drive<br>Boston, MA 02210<br>Telephone: (617) 542-5070<br>Email: pchen@fr.com | Daniel P. Withers<br>**MCGUIREWOODS LLP**<br>2000 McKinney Avenue, Suite 1400<br>Dallas, TX 75201<br>dwithers@mcguirewoods.com |
| | *Attorneys for Defendants,*<br>*Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |
| *Attorneys for Plaintiffs Exeltis USA, Inc.,*<br>*Laboratorios Leon Farma S.A., Chemo*<br>*Iberica S.A., and Chemo Research S.L.* | |

Dated:  January 17, 2023

**TABLE OF EXHIBITS**

| Exhibit | Description | JA Nos. Range |
|---|---|---|
| Exhibit 1 | U.S. Patent No. 9,603,860 (the "'860 Patent") | JA0001-JA0049 |
| Exhibit 2 | U.S. Patent No. 10,179,140 (the "'140 Patent") | JA0050-JA0096 |
| Exhibit 3 | U.S. Patent No. 10,987,364 (the "'364 Patent") | JA0097-JA0140 |
| Exhibit 4 | U.S. Patent No. 11,123,299 (the "'299 Patent") | JA0141-JA0185 |
| Exhibit 5 | U.S. Patent No. 11,291,632 (the "'632 Patent") | JA0186-JA0230 |
| Exhibit 6 | U.S. Patent No. 11,291,633 (the "'633 Patent") | JA0231-JA0234.0042 |
| Exhibit 7 | U.S. Patent No. 11,351,122 (the "'122 patent") | JA0235-JA0277 |
| Exhibit 8 | U.S. Patent No. 11,413,249 (the "'249 Patent") | JA0278-JA0319 |
| Exhibit 9 | U.S. Patent No. 11,439,598 (the "'598 Patent") | JA0320-JA0362 |
| Exhibit 10 | U.S. Patent No. 11,452,695 (the "'695 Patent") | JA0363-JA0405 |
| Exhibit 11 | U.S. Patent No. 11,478,487 (the "'487 Patent") | JA0406-JA0448 |
| Exhibit 12 | U.S. Patent No. 11,491,113 (the "'113 patent") | JA0449-JA0491 |
| Exhibit 13 | U.S. Patent No. 11,504,334 (the "'334 patent") | JA0492-JA0534 |
|  | Intentionally left blank | JA0535-JA0540 |
| Exhibit 14 | Shoupe, *The Progestin Revolution: Progestins are Arising As the Dominant Players in the Tight Interlink Between Contraceptives and Bleeding Control*, Contraception and Reproductive Medicine, 6:3 (2021) | JA0541-JA0549 |
| Exhibit 15 | Yaz® Label | JA0550-JA0581 |
| Exhibit 16 | '140 Patent File History, 2018-07-10 Examiner Initiated Interview Summary | JA0582-JA0587 |
| Exhibit 17 | '860 Patent File History, 2016-04-21 Non-Final Rejection | JA0588-JA0596 |
| Exhibit 18 | '140 Patent File History, 2017-10-19 Non-Final Rejection | JA0597-JA0610 |
| Exhibit 19 | '140 Patent File History, 2018-03-19 Applicant Remarks | JA0611-JA0633 |
| Exhibit 20 | '299 Patent File History, 2021-07-21 Applicant Remarks | JA0634-JA0654 |
| Exhibit 21 | '299 Patent File History, July 21, 2021 Declaration of Sandra Urek Blatnik, Ph.D. | JA0655-JA0659 |
| Exhibit 22 | *Lipocine Inc. v. Clarus Therapeutics, Inc.*, No. 19-622-WCB, D.I. 119 (Claim Construction Order) (D. Del. Mar. 20, 2020) | JA0660-JA0715 |

| Exhibit | Description | JA Nos. Range |
|---|---|---|
| Exhibit 23 | *In re Brimonidine Pat. Litig.*, No. 1:07-MD-1866-GMS, D.I. 138 (D. Del. Oct. 6, 2008) | JA0716-JA0717 |
| Exhibit 24 | R. Krattenmacher, *Drospirenone: Pharmacology and Pharmacokinetics of a Unique Progestogen*, Contraception (2000), 62, 29-38 | JA0718-JA0727 |
| Exhibit 25 | World International Property Organization Publication No. 2008/031631 A2 to Michael Huempel et al., published March 20, 2008 | JA0728-JA0778 |
| Exhibit 26 | *Cause*, MERRIAM-WEBSTER'S COLLEGIATE DICTIONARY (10th ed. 2001) | JA0779-JA0781 |
| Exhibit 27 | *Cause*, OXFORD ENGLISH DICTIONARY (Angus Stevenson & Maurice Waite eds.,12th ed. 2011) | JA0782-JA0784 |
| Exhibit 28 | *Result In*, Merriam-webster.com, https://www.merriam-webster.com/dictionary/result%20in (last visited Dec. 13, 2022) | JA0785-JA0790 |
| Exhibit 29 | '410 Application File History, Office Action, October 15, 2019 | JA0791-JA0814 |
| Exhibit 30 | '410 Application File History, Office Action, November 28, 2014 | JA0815-JA0831 |
| Exhibit 31 | '410 Application File History, Interview Summary and Draft Amended Claims, October 30, 2019 | JA0832-JA0837 |
| Exhibit 32 | '410 Application File History, Examiner Interview Summary, November 6, 2019 | JA0838-JA0841 |
| Exhibit 33 | '410 Application File History, Amendment and Response, June 1, 2020 | JA0842-JA0868 |
| Exhibit 34 | '364 Patent File History, Applicant Initiated Interview Summary, February 26, 2021 | JA0869-JA0871 |
| Exhibit 35 | '410 Application File History, Declaration of Sandra Urek Blatnik, Ph.D., May 31, 2020 | JA0872-JA0882 |
| Exhibit 36 | '410 Application File History, Amendment and Response, March 6, 2014 | JA0883-JA0909 |
| Exhibit 37 | '410 Application File History, Applicant Initiated Interview Summary, May 15, 2014 | JA0910-JA0912 |
| Exhibit 38 | '410 Application File History, Supplemental Amendment and Response, June 16, 2014 | JA0913-JA0938 |
| Exhibit 39 | '632 Patent File History, Reply to Office Action, December 9, 2021 | JA0939-JA0954 |

| Exhibit | Description | JA Nos. Range |
|---|---|---|
| Exhibit 40 | '633 Patent File History, Reply to Office Action, January 22, 2022 | JA0955-JA0969 |
| Exhibit 41 | '299 Patent File History, Reply to Office Action, July 21, 2021 | JA0970-JA0985 |
| Exhibit 42 | '633 Patent File History, Declaration of Sandra Urek Blatnik, Ph.D., January 26, 2022 | JA0986-JA0992 |
| Exhibit 43 | '632 Patent File History, Declaration of Sandra Urek Blatnik, Ph.D., December 9, 2021 | JA0993-JA0999 |
| Exhibit 44 | Declaration of Graham Buckton, Ph.D., dated December 14, 2022 | JA1000-JA1023 |
| Exhibit 45 | European Patent EP1214076B1 | JA1024-JA1040 |
| Exhibit 46 | W02006/128907 | JA1041-JA1063 |
| Exhibit 47 | U.S. Patent Application Publication No. 2005/0096303 A1 | JA1064-JA1076 |
| Exhibit 48 | Non-Confidential Opening Brief, Appeal No. 13-406, dated July 15, 2013 | JA1077-JA1240 |
| Exhibit 49 | *Kyowa Hakko Bio, Co., Ltd., et al. v. Ajinomoto Co., Ltd.*, D.I. 113 (Claim Construction Opinion) (D. Del. Oct. 9, 2019) | JA1241-JA1265 |
| Exhibit 50 | U.S. Patent No. 8,568,747 | JA1266-JA1287 |
| Exhibit 51 | U.S. Patent No. 9,034,858 | JA1288-JA1315 |
| Exhibit 52 | Excerpts from *Exela Pharma Scis., LLC v. Eton Pharms., Inc.*, No. 20-365, D.I. 207 (Bench Trial Tr.) (D. Del. Mar. 16, 2022) | JA1316-JA1322 |
| Exhibit 53 | Declaration of Cory J. Berkland, Ph.D. with Appendices A-D, dated January 2, 2023 | JA1323-JA1556 |
| Exhibit 54 | U.S. Patent No. 10,603,281 | JA1557-JA1596 |
| Exhibit 55 | '299 Patent File History, Notice of Allowability, July 29, 2021 | JA1597-JA1599 |