IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EXELTIS USA, INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 22-434-RGA-SRF |
| | : | |
| LUPIN LTD., et al., | : | |
| | : | |
| Defendants. | : | |

ORDER

WHEREAS the Court issued a case narrowing order (D.I. 199);

WHEREAS Defendants appear to have flagrantly violated it (D.I. 213-1);

NOW THEREFORE this 16 day of August 2023, IT IS HEREBY ORDERED that Defendants shall appear on August 21, 2023, at 9 a.m. and SHOW CAUSE why Defendant should not be held in civil contempt and/or why its anticipation and obviousness theories, whatever they may be, should not be entirely struck.

/s/ Richard G. Andrews
United States District Judge