## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EXELTIS USA, INC., <br> LABORATORIOS LEON FARMA, S.A., <br> CHEMO IBERICA, S.A., and <br> CHEMO RESEARCH, S.L. | : <br> : <br> : <br> : <br> : | |
| Plaintiffs, | : <br> : | C.A. No. 1:22-cv-00434-RGA-SRF |
| v. | : <br> : | **JURY TRIAL DEMANDED** |
| LUPIN LTD. and LUPIN <br> PHARMACEUTICALS, INC., | : <br> : <br> : | |
| Defendants. | : <br> : | |

## STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' CLAIM NARROWING PROPOSAL

Plaintiffs Exeltis USA, Inc., Laboratorios Leon Farma, S.A., Chemo Iberica, S.A. and Chemo Research, S.L. and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc., by and through their undersigned counsel, hereby stipulate and agree that the time to serve Plaintiffs' Claim Narrowing Proposal pursuant to the Court's October 5, 2023 Order (D.I. 245) is extended through and including December 23, 2023.

Dated:  December 22, 2023

**FISH & RICHARDSON P.C.**

By: */s/ Gregory R. Booker*
    Douglas E. McCann (#3852)
    Martina Tyreus Hufnal (#4771)
    Gregory R. Booker (#4784)
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19801
    Telephone: (302) 652-5070
    Email: dmccann@fr.com;
    tyreushufnal@fr.com;
    booker@fr.com

    Brian Coggio
    Excylyn Hardin-Smith
    FISH & RICHARDSON P.C.
    7 Times Square, 20th Floor
    New York, NY 10036
    Telephone: (212) 765-5070
    Email: coggio@fr.com;
    hardin-smith@fr.com

    Megan A. Chacon
    Madelyn McCormick
    Bernard Cryan
    FISH & RICHARDSON P.C.
    12860 El Camino Real, Ste. 400
    San Diego, CA 92130
    Telephone: (858) 678-5070
    Email: chacon@fr.com;
    mmccormick@fr.com
    cryan@fr.com

    Philip K. Chen
    FISH & RICHARDSON P.C.
    One Marina Park Drive
    Boston, MA 02210
    Telephone: (617) 542-5070
    Email: pchen@fr.com

    *Attorneys for Plaintiffs Exeltis USA, Inc., Laboratorios Leon Farma S.A., Chemo Iberica S.A., and Chemo Research S.L.*

**PHILLIPS MCLAUGHLIN & HALL, P.A.**

By: */s/ David A. Bilson*
    John C. Phillips, Jr. (#110)
    David A. Bilson (#4986)
    1200 North Broom Street
    Wilmington, DE 19806-4204
    Telephone: (302) 655-4200
    jcp@pmhdelaw.com
    dab@pmhdelaw.com

    Michael Nutter
    MCGUIREWOODS LLP
    77 West Wacker Drive, Suite 4100
    Chicago, IL 60601
    mnutter@mcguirewoods.com

    Corinne S. Hockman
    MCGUIREWOODS LLP
    501 Fayetteville Street, Suite 500
    Raleigh, NC 27602
    chockman@mcguirewoods.com

    Daniel Withers
    MCGUIREWOODS LLP
    200 McKinney Avenue, Suite 1400
    Dallas, TX 7520`
    Tele: (214) 932-6439
    Fax: (469) 372-3889
    dwithers@mcguirewoods.com

    Merritt Westcott
    MCGUIREWOODS LLPS
    Texas Tower
    845 Texas Ave., 24th Floor
    Houston, TX 77002
    mwestcott@mcguirewoods.com

    *Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

SO ORDERED this _____ day of _____, 2023.

                                                          _____
The Honorable Richard G. Andrews
UNITED STATES DISTRICT JUDGE