

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

VIA CM/ECF

February 8, 2024

Douglas E. McCann
Principal
DMcCann@fr.com
302 778 8437 direct

The Honorable Richard G. Andrews
United States District Court
844 King Street
Wilmington, DE 19801

Re:   *Exeltis USA, Inc., et al. v. Lupin Ltd., et al.*, C.A. No. 22-cv-434-RGA-SRF

Dear Judge Andrews:

We write to inform the Court that the parties have agreed to the following deadlines and single-spaced page-limits for pretrial claim construction briefing:

| Event | Page Limit | Deadline |
| --- | --- | --- |
| Opening Pretrial Claim Construction Letter Briefs | 8 pages | Sunday, February 11, 2024 at 5 PM ET |
| Answering Pretrial Claim Construction Letter Briefs | 5 pages | Sunday, February 18, 2024 at 5 PM ET |

We also wish to inform the Court that the revised trial schedule as discussed at the Pretrial Conference, which will result in a fourth day of trial on Thursday, February 29, 2024, poses no problem for Plaintiffs or Defendants.

Respectfully submitted,

/s/ *Douglas E. McCann*

Douglas E. McCann (#3852)

cc:  All counsel of record (via ECF/Electronic Mail)

fr.com