IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELTIS USA, INC., LABORATORIOS LEON FARMA, S.A., CHEMO IBERICA, S.A., and CHEMO RESEARCH, S.L.<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 22-cv-00434-RGA-SRF |

**PLAINTIFFS' MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Plaintiffs Exeltis USA, Inc., Laboratorios Leon Farma, S.A., Chemo Iberica, S.A. and Chemo Research, S.L. (collectively "Plaintiffs") hereby move for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, Plaintiffs state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A bench trial is scheduled for February 26-29, 2024 in Courtroom 6A.

3. Courtroom setup has been scheduled.

4. The following staff, representatives, trial consultants, and witnesses[1] intend to appear at courtroom setup and/or the bench trial, require access to their electronic devices, but do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Eric Ang, Technology Assistant
- Ann Vermeersch, Paralegal
- Angela Chianelli, Paralegal
- Mary Levan, Paralegal
- Kim Kilby, Paralegal
- David Bugay, Witness
- Enrico Colli, Witness
- John Koleng, Witness
- Salustiano Perez, Witness
- Brian Segers, Witness
- Donna Shoupe, Witness
- David Taft, Witness
- Jose Velada, Witness
- Tomos Shillingford, Client
- Beatriz Diaz de Escauriaza, Client

Dated: February 16, 2024

---

[1] Listing an individual as a "witness" does not imply or require Plaintiff to call such individual to testify or make such individual available to testify at trial.

**FISH & RICHARDSON P.C**.

By: */s/ Douglas E. McCann*
    Martina Tyreus Hufnal (#4771)
    Douglas E. McCann (#3852)
    Gregory R. Booker (#4784)
    222 Delaware Avenue, 17th Floor
    Wilmington, DE  19801
    Telephone: (302) 652-5070
    Email: tyreushufnal@fr.com;
    dmccann@fr.com;
    booker@fr.com

    Brian Coggio
    Excylyn Hardin-Smith
    FISH & RICHARDSON P.C.
    7 Times Square, 20th Floor
    New York, NY 10036
    Telephone: (212) 765-5070
    Email: coggio@fr.com,
    hardin-smith@fr.com

    Megan A. Chacon
    Madelyn McCormick
    Bernard Cryan
    FISH & RICHARDSON P.C.
    12860 El Camino Real, Ste. 400
    San Diego, CA 92130
    Telephone: (858) 678-5070
    Email: chacon@fr.com;
    mmccormick@fr.com
    cryan@fr.com

    Philip K. Chen
    FISH & RICHARDSON P.C.
    One Marina Park Drive
    Boston, MA 02210
    Telephone: (617) 542-5070
    Email: pchen@fr.com

    *Attorneys for Plaintiffs Exeltis USA, Inc.,*
    *Laboratorios Leon Farma S.A., Chemo*
    *Iberica S.A., and Chemo Research S.L.*

SO ORDERED this   20   day of    February   , 2024.

                                                      /s/ Richard G. Andrews
                                         The Honorable Richard G. Andrews
                                         UNITED STATES DISTRICT JUDGE