

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

February 21, 2024

**VIA ELECTRONIC FILING**

Douglas E. McCann
Principal
DMcCann@fr.com
302 778 8437  direct

The Honorable Richard G. Andrews
United States District Court
844 King Street
Wilmington, DE  19801

Re: *Exeltis USA, Inc., et al. v. Lupin Ltd., et al*, C.A. No. 22-cv-00434-RGA-SRF

Dear Judge Andrews:

We write to request that Exeltis be allowed to assert claim 16 of U.S. Patent No. 11,491,113 (the "'113 Patent") in lieu of claim 33 of U.S. Patent No. 10,179,140 Patent (the "'140 Patent"), currently asserted by Exeltis, for good cause as shown here.[1]  In light of the Court's February 20, 2024 Memorandum Opinion regarding claim construction (D.I. 298), Exeltis intends to stipulate to noninfringement of the '140 Patent.  Exeltis is prejudiced by this late-stage claim construction ruling. Had this claim construction ruling occurred earlier in the case—before Exeltis had to narrow its case per the Court's order—Exeltis would have at that time stipulated to noninfringement of the '140 patent and would have had an opportunity to pursue a different claim.  Exeltis should have that option now. Lupin of course would have the ability to assert its chosen three invalidity defenses for claim 16 of the '113 Patent from those previously identified for this claim 16 in Lupin's first case narrowing proposal, served on August 16, 2023.

The re-assertion of claim 16 of the '113 Patent will not prejudice Lupin.  Exeltis will still be asserting the same number of claims as required by the Court.  Claim 16 of the '113 Patent was an asserted claim in this case up until Exeltis's second case narrowing, served on December 23, 2023. Lupin had every opportunity to conduct fact and expert discovery on claim 16 of the '113 Patent, with all expert depositions concluded before Exeltis's second case narrowing.

Exeltis respectfully requests that the Court allow Exeltis to re-assert claim 16 of the '113 Patent in the upcoming trial in this matter.

Respectfully submitted,

*/s/ Douglas E. McCann*

Douglas E. McCann (#3852)

cc: All Counsel of Record – via e-mail

_____

[1] Exeltis intends to appeal the Court's rulings as they relate to the '140 patent.