

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

**VIA CM/ECF**

February 23, 2024

**Jonathan A. Bell**
Associate
jbell@fr.com
+1 302 778 8436  direct

The Honorable Richard G. Andrews
United States District Court
for the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:  *Exeltis USA, Inc., et al. v. Lupin Ltd., et al.*, C.A. No. 22-cv-434-RGA-SRF

Dear Judge Andrews:

The parties conferred and have agreed that nine hours of trial time per side, for a total of 18 hours not including closing statements, would be appropriate in light of Plaintiffs no longer asserting any claims from U.S. Patent No. 10,179,140.  The parties note that, related to this agreement and in advance of trial, they have agreed to stipulate that if approved, Lupin's ANDA Product meets a number of the remaining asserted claim limitations and that Lupin's ANDA Product will not infringe the claims of U.S. Patent No. 10,179,140.  The parties plan to file those stipulations today.

Respectfully submitted,

*/s/ Jonathan A. Bell*

Jonathan A. Bell (#7292)

cc:  All counsel of record (via ECF/Electronic Mail)

fr.com