IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELTIS USA, INC., LABORATORIOS LEON FARMA, S.A., CHEMO IBERICA, S.A., and CHEMO RESEARCH, S.L.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 22-cv-00434-RGA |

## FINAL JUDGMENT

This matter having been tried before this Court from February 26 through February 29, 2024, the Court having heard testimony on behalf of Plaintiffs Exeltis USA, Inc., Laboratorios Leon Farma, S.A., Chemo Iberica, S.A., and Chemo Research, S.L. ("Plaintiffs") and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. ("Lupin"), having considered the written post-trial submissions of the parties and having issued its opinion on September 4, 2024 (D.I. 374) ("Trial Opinion");

IT IS HEREBY ORDERED AND ADJUDGED this 29th day of October 2024, for the reasons set forth in the Trial Opinion that:

1. Judgment shall be entered in favor of Plaintiffs and against Lupin that the submission of Lupin's Abbreviated New Drug Application No. 216936 (the "ANDA") to the Food and Drug Administration ("FDA") was an act of infringement of claim 14 of U.S. Pat. No. 11,123,299 (the "'299 Patent"), claims 12 and 21 of U.S. Pat. No. 11,291,632 (the "'632 Patent"), claim 29 of U.S. Pat. No. 11,351,122 (the "'122 Patent"), claim 7 of U.S. Pat. No. 11,413,249 (the "'249 Patent"), and claim 19 of U.S. Pat. No. 11,478,487 (the "'487 Patent");

2.	Judgment shall be entered in favor of Plaintiffs and against Lupin that claim 14 of the '299 Patent, claims 12 and 21 of the '632 Patent, claim 29 of the '122 Patent, claim 7 of the '249 Patent, and claim 19 of the '487 Patent are not invalid;

3.	Pursuant to 35 U.S.C. § 271(e)(4)(A), the FDA is directed that the effective date of any final approval of the ANDA under § 505(j) of the Federal Food, Drug & Cosmetic Act (21 U.S.C. § 355(j)) shall be a date not earlier than June 28, 2031, which is the expiration date of each of the '299, '632, '122, '249, and '487 Patents, plus any exclusivities afforded under the statute. To the extent the FDA has already approved the ANDA, the FDA is directed to withdraw final approval of the ANDA, and the effective date of any final approval of the ANDA under § 505(j) of the Federal Food, Drug & Cosmetic Act (21 U.S.C. § 355(j)) shall be a date not earlier than June 28, 2031, which is the expiration date of each of the '299, '632, '122, '249, and '487 Patents, plus any exclusivities afforded under the statute;

4.	All claims of infringement of any patent claims not expressly enumerated above are dismissed with prejudice;

5.	The deadline for filing any motion for attorneys' fees and costs, together with any bill of costs, including any motion that this case is exceptional under 35 U.S.C. § 285, is hereby stayed until sixty (60) days after: (a) the issuance of any mandate from any appeal taken in this action; or (b) the date after which the deadline for filing a notice in this matter has expired, whichever is later; and

6.	This is a final, appealable judgment.

*[signature]*
The Honorable Richard G. Andrews
UNITED STATES DISTRICT JUDGE