**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EXELTIS USA, INC.,<br>LABORATORIOS LEON FARMA, S.A.,<br>CHEMO IBERICA, S.A., and<br>CHEMO RESEARCH, S.L.,<br><br>  Plaintiffs,<br><br>v.<br><br>LUPIN LTD. and LUPIN<br>PHARMACEUTICALS, INC.,<br><br>  Defendants. | C.A. No. 22-cv-00434-RGA |

## AMENDED FINAL JUDGMENT

This matter having been tried before this Court from February 26 through February 29, 2024, the Court having heard testimony on behalf of Plaintiffs Exeltis USA, Inc., Laboratorios Leon Farma, S.A., Chemo Iberica, S.A., and Chemo Research, S.L. ("Plaintiffs") and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. ("Lupin"), having considered the written post-trial submissions of the parties and having issued its opinion on September 4, 2024 (D.I. 374) ("Trial Opinion");

IT IS HEREBY ORDERED AND ADJUDGED this 29th day of September 2025, for the reasons set forth in the Trial Opinion that:

1. Judgment shall be entered in favor of Plaintiffs and against Lupin that the submission of Lupin's Abbreviated New Drug Application No. 216936 (the "ANDA") to the Food and Drug Administration ("FDA") was an act of infringement of claim 14 of U.S. Pat. No. 11,123,299 (the "'299 Patent"), claims 12 and 21 of U.S. Pat. No. 11,291,632 (the "'632 Patent"), claim 29 of U.S. Pat. No. 11,351,122 (the "'122 Patent"), claim 7 of U.S. Pat. No. 11,413,249 (the "'249 Patent"), and claim 19 of U.S. Pat. No. 11,478,487 (the "'487 Patent");

2. Judgment shall be entered in favor of Plaintiffs and against Lupin that claim 14 of the '299 Patent, claims 12 and 21 of the '632 Patent, claim 29 of the '122 Patent, claim 7 of the '249 Patent, and claim 19 of the '487 Patent are not invalid;

3. All claims of infringement of any patent claims not expressly enumerated above are dismissed with prejudice;

4. The deadline for filing any motion for attorneys' fees and costs, together with any bill of costs, including any motion that this case is exceptional under 35 U.S.C. § 285, is hereby stayed until sixty (60) days after: (a) the issuance of any mandate from any appeal taken in this action; or (b) the date after which the deadline for filing a notice in this matter has expired, whichever is later;

5. Lupin may maintain its Paragraph IV Certification to the asserted patents in accordance with the Parties' Settlement and License Agreement, and nothing herein precludes immediate final approval of Lupin's ANDA No. 216936; and

6. This is a final, appealable judgment.

_____
The Honorable Richard G. Andrews
UNITED STATES DISTRICT JUDGE